IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROY S. LEE,                                                                PLAINTIFF

VERSUS                                  CIVIL ACTION NO.: 4:05CV199-WAP-EMB

SOUTHERN TOWING COMPANY, ET AL.,                          DEFENDANTS

### ORDER GRANTING MOTIONS FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**BEFORE THE COURT** are the Motion [doc. 14] of Martin A. Kilpatrick for leave to withdraw as counsel for plaintiff and the Motion [doc. 15] of Berney L. Strauss to be substituted as counsel of record for plaintiff. For good cause shown, the motions are hereby **GRANTED**. Therefore, Berney L. Strauss is hereby substituted as counsel of record for plaintiff in the place of Martin A. Kilpatrick; and Mr. Kilpatrick is hereby relieved of all responsibility with regard to representation of plaintiff herein.

**SO ORDERED** this 27th day of April, 2006.

                                                         **/s/ Eugene M. Bogen**
                                                         U. S. MAGISTRATE JUDGE